| PROB 22 (SCP Rev. 3/13) | | DOCKET NUMBER *(Tran. Court)* 4:05CR00904-006 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 3:14-00119-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT South Carolina | DIVISION Florence |
|---|---|---|
| Timothy A. Dicker | NAME OF SENTENCING JUDGE The Honorable R. Bryan Harwell | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM January 24, 2014 | TO January 23, 2019 |

OFFENSE
Possession with Intent to Distribute 50 grams or more of Cocaine Base and a Quantity of Cocaine

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF    SOUTH CAROLINA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Middle District of Tennessee    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-13-14
Date

*R. Bryan Harwell*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    MIDDLE    DISTRICT OF    TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8-6-14
Effective Date

United States District Judge